IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YESSICA GABRIELA SILVA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PASTRANAS PRODUCE, INC.; HUMBERTO IZAGUIRRE, JR.; GAMALIEL OMAR GARCIA PASTRANA; MARIA BLANCA GUADALUPE PADRON HERNANDEZ and HEB GROCERY COMPANY, LP, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § | C.A. No. 4:12-cv-00470 <br><br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff Yessica Gabriela Silva (referred to as "Plaintiff") respectfully request that the Court enter an order dismissing the following parties without prejudice to refiling and requiring each party to bear its own costs and fees:

    1.    Humberto Izaguirre, Jr.

Respectfully submitted,

**MOORE & ASSOCIATES**

By: /s/ Melissa Moore
Melissa Ann Moore
Federal Id. No. 25122
State Bar No. 24013189
Curt Hesse
Federal Id. No. 968465
State Bar No. 24065414
Lyric Center
440 Louisiana Street, Suite 675
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Defendant HEB Grocery Company, LP and that she is unopposed to the requested relief.

/s/ Melissa Moore
Melissa Ann Moore

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March in the year 2012 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Melissa A. Moore
Melissa Ann Moore