IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YESSICA GABRIELA SILVA<br>Individually and on Behalf of<br>and All Others Similarly Situated,<br>    Plaintiff<br><br>v.<br><br>PASTRANAS PRODUCE, INC.;<br>HUMBERTO IZAGUIRRE, JR.;<br>GAMALIEL OMAR GARCIA<br>PASTRANA; MARIA BLANCA<br>GUADALUPE PADRON HERNANDEZ<br>and HEB GROCERY COMPANY, LP<br>    Defendants | § § § § § § § § § § § § § § | Case No. 4:12-CV-00470 |

## ORDER GRANTING APPROVAL OF SETTLEMENT AND DISMISSAL

Having received the parties' Joint Motion for Approval of Settlement Agreement and Motion to Dismiss, having conducted a review of the Settlement Agreement and the terms of the Settlement, and based on the investigation conducted by the parties, the agreement of the parties, and the statements of the Plaintiffs to this lawsuit, the Court hereby FINDS:

That the terms of the settlement of this matter are fair and reasonable in all respects;

That the defendant HEB Grocery Company, LP is not the employer or joint employer of the Plaintiffs or the employees of defendant Pastranas Produce, Inc. for purposes of the Fair Labor Standards Act, Title VII of the Civil Rights Act of 1964, or any other law;

That the claims of Plaintiffs should be dismissed with prejudice.

It is therefore ORDERED, ADJUDGED AND DECREED that:

The parties' Joint Motion for Approval of Settlement Agreement and Motion to Dismiss is hereby GRANTED;

The parties settlement agreement is APPROVED; and

Plaintiffs' claims are DISMISSED with prejudice.

SIGNED at Houston, Texas on this __ day of August, 2012.

                                                    _____
                                                    The Honorable David Hittner
                                                    United States District Judge